### 11211.   PAYNE *v.* BRASWELL.

BLOODWORTH, J.   1. The special grounds of the motion for new trial are without merit, and the evidence warranted the verdict for plaintiff.

2. Not being fully convinced that this case was brought to this court for delay only, the request to award damages against the plaintiff as provided by section 6213 of the Civil Code of 1910 is denied.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED JUNE 15, 1920.

Foreclosure of lien; from city court of Monroe — Judge Stone. November 17, 1919.

*Orrin Roberts,* for plaintiff in error.

*R. L. & H. C. Cox, E. W. Roberts,* contra.

---

### 11217.   BURTON *v.* BEARDEN.

BLOODWORTH, J.   The special grounds of the motion for new trial are without merit; there is evidence to support the verdict, which is approved by the trial judge, and the judgment is

*Affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED JUNE 15; 1920.

Distraint; from Cherokee superior court — Judge Morris. December 29, 1919.

*E. W. Coleman,* for plaintiff in error.

*Howell Brooke,* contra.